In the Matter of the Application of The City of New York, Respondent; Relative to Acquiring Title, etc., for the Purpose of Opening Eleventh Avenue from Eighty-sixth Street to Dyker Beach Park in the Thirtieth Ward of the Borough of Brooklyn, City of New York. John H. Hanley, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Matter of City of New York, Church Avenue* (91 App. Div. 553); *Matter of Bankers Investing Co.* (141 id. 591), and *Matter of Jackson Steinway Co.* (142 id. 905). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.